**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MARK ANTONIO WILLIAMS,                                                    PLAINTIFF
ADC # 141529

v.                                    5:16CV00086-BRW-JJV

C. BUDNIK, Warden,
Varner Supermax; *et al.*                                                      DEFENDANTS

**ORDER**

Having reviewed Plaintiff's Amended Complaint (Doc. No. 8) for screening purposes,[1] the Court concludes service is appropriate for Defendants C. Budnik and F. Washington. Plaintiff has not provided full names for either of these Defendants. Service will nevertheless be attempted based on their last names and position titles.[2] If service fails for lack of identification, however, Plaintiff will have to provide complete names before service is re-attempted.

IT IS THEREFORE ORDERED that the Clerk of Court shall prepare Summons for these Defendants, and the United States Marshall shall serve a copy of the Amended Complaint (Doc. No. 8), Summons, and this Order on them without prepayment fees or costs or security therefore. Service for both Defendants should be through the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612.

DATED this 5th day of April, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).

[2] Budnik is a warden at the Varner Supermax Unit. Washington is a classification officer at that same unit.