**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

MARK ANTONIO WILLIAMS,                                                                    PLAINTIFF
ADC # 141529

v.                                               5:16CV00086-BRW-JJV

C. BUDNIK, Warden,
Varner Supermax; *et al.*                                                                 DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, Plaintiff's claims for money damages are DISMISSED without prejudice.

IT IS SO ORDERED this 19th day of April, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE