# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**MARK ANTONIO WILLIAMS,**                                                                                  **PLAINTIFF**
ADC # 141529

VS.                                          5:16CV00086-BRW-JJV

**C. BUDNIK, Warden,**
Varner Supermax; *et al.*                                                                                   **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After considering the objections and making a *de novo* review of the record, the Court approves and adopts Proposed Findings and Partial Recommended Disposition as its findings in all respects.

Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 43) is GRANTED IN PART and DENIED IN PART. The Motion is GRANTED with regard to grievances VSM16-01029, VSM16-01102, VSM16-01272, VSM16-00786, VSM16-00335, VSM16-00336, and VSM16-00482. The Motion is DENIED with regard to Grievance VSM16-00481.

Defendant Washington is DISMISSED from this cause of action without prejudice.

The case will proceed against Defendant Budnik.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Plaintiff is directed to stop filing discovery with the Court; instead he should send his discovery requests directly Defendant's counsel.

IT IS SO ORDERED this 16th day of August, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

1